1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   Fountain Hills Tea Party Patriots, L.L.C.,)    No. CV-10-00893-PHX-ROS (DKD)
                                              )
10              Plaintiff,                     )    **ORDER**
                                              )
11  vs.                                        )
                                              )
12                                             )
    Kathleen Sebelius, et al.,                 )
13                                             )
                Defendants.                    )
14                                             )
                                              )
    _____)
15

16          Pursuant to Plaintiff's notice to the Court that he is voluntarily dismissing this case

17  (Doc. 6), and Plaintiff's failure to show cause for not filing a timely consent to magistrate

18  judge jurisdiction or election to have the action reassigned to a district judge,

19          **IT IS ORDERED** this case **IS DISMISSED.**  All scheduled hearings are vacated.

20  The Clerk of the Court shall close this case.

21          DATED this 16th day of June, 2010.

22

23

24  _____
                    Roslyn O. Silver
25                 United States District Judge

26

27

28